FILED '21 09 14 AM10:42 MDGA-MAC

September 14, 2021

Re: Case 5:12-CV-00121-MTT

David W. Bunt

I, Isaac L. Sampson responding to Judge Treadwell's disclosure of conflict in this case. I am confirming my decision to have another judge review this case.

Sincerely

Isaac L Sampson

*Isaac L Sampson*
POB 843
131 Main Street
Gordon, Ga 31031
ph cell 478-278-4070
hm 478-628-2952